252 So.2d 433

**The JOINT LEGISLATIVE COMMITTEE OF the LEGISLATURE of the State of Louisiana Created by Senate Concurrent Resolution No. 31 as Amended by Senate Concurrent Resolution No. 76 of the Louisiana Legislature of 1970**

v.

**James R. STRAIN.**

No. 51605.

Sept. 21, 1971.

In re: James R. Strain applying for writs of certiorari or review and prohibition.

Granted.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Elven E. Ponder, Judge of the Nineteenth Judicial District Court for the Parish of East Baton Rouge, to transmit to the Supreme Court of Louisiana, on or before the 21st day of February, 1972, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through counsel shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.